UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re: SUBPOENA TO AMAZON.COM, INC.,

No. MC19-0137RSL

_____

ORDER

Underlying Case: *Rougier v. Applied Optoelectronics, Inc.*, Case No. 4:17-cv-02399 (S.D. Tex.).

This matter comes before the Court on a motion to compel filed by the plaintiffs in the underlying securities litigation pending in the United States District Court for the Southern District of Texas. Dkt. # 1. The target of the subpoena, Amazon.com, Inc., has opposed the requested relief. In light of the contested nature of this proceeding, the Clerk of Court is directed to assign a civil action number.

Dated this 29th day of October, 2019.

Robert S. Lasnik
United States District Judge

ORDER - 1